MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY  (DCBN 475889)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0176 CRB |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND FOR AN EXCLUSION OF TIME FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT |
| EMMANUEL IMANI HYLAND, | |
| Defendant. | |

    The defendant, Emanuel Imani Hyland, represented by Elizabeth Falk, and the government, represented by Cynthia Frey, Assistant United States Attorney, are currently scheduled for a status conference before this Court on May 2, 2013.  The government is not available on that date.  The parties are discussing a potential resolution of this case and request a continuance to June 12, 2013.  The Courtroom Deputy has confirmed availability on that date.  As such, the parties stipulate to set the next status conference before this Court on June 12, 2013.  The defendant agrees to exclude time under 18 U.S.C. § 3161, the Speedy Trial Act.

///

1    The defendant also agrees that an exclusion of time is appropriate under the Speedy Trial
2 Act between May 2, 2013 and June 12, 2013 for purposes of effective preparation of counsel, in
3 order to provide defense counsel with adequate time to review the discovery, conduct an
4 investigation, and consult with the defendant.  In addition, the defendant agrees to exclude for
5 this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that
6 granting the continuance, in order to provide defense counsel with adequate time to review the
7 discovery, conduct additional investigation, and consult with the defendant, is necessary for
8 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
9 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a
10 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
11 U.S.C. § 3161(h)(7)(A).

13 SO STIPULATED:

15                                          MELINDA HAAG
                                             United States Attorney

18 DATED:  April 30, 2013            _____/s/_____
                                             CYNTHIA M. FREY
19                                          Assistant United States Attorney

21 DATED:  April 30, 2013            _____/s/_____
                                             ELIZABETH FALK
22                                          Attorney for EMMANUEL IMANI HYLAND

STIPULATION AND [PROPOSED] ORDER
CR 13-0176 CRB                                          2

1   Based upon the representation of counsel and for good cause shown, the Court finds that
2 good cause exists to continue the status conference to June 12, 2013 and to exclude time between
3 May 2, 2013 and June 12, 2013.  The Court finds that failing to exclude the time between May 2,
4 2013 and June 12, 2013 would unreasonably deny the defendant and counsel the reasonable time
5 necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
6 § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
7 between May 2, 2013 and June 12, 2013 from computation under the Speedy Trial Act outweigh
8 the best interests of the public and the defendant in a speedy trial.
9   Therefore, IT IS HEREBY ORDERED that:
10   (1) The status conference be continued to June 12, 2013; and
11   (2) The time between May 2, 2013 and June 12, 2013 shall be excluded from computation
12 under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

15 DATED: May 2, 2013

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR 13-0176 CRB                                           3